# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-11-00607-CV

**In re Floyd Pleasant Tarvin IV**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator filed a petition for writ of mandamus, complaining of inaction by the probate court on his motion for chemical-dependence treatment. *See* Tex. R. App. P. 52.8. Having reviewed the record and relevant statutes, we deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Filed:   December 30, 2011